## Exhibit C - Secured Indebtedness to be Paid

| Asset | Secured Indebtedness |
| --- | --- |
| 2011 Deckover Flatbed Trailer 5J2GS2027BE010306 | Wells Fargo Equipment Finance, Inc. |
| 2011 Haulmark Trailer DLX 16HPB1426BH186620 | Wells Fargo Equipment Finance, Inc. |
| 2010 Ford Truck F 150 1FTFW1EV3AQFB4626 | Wells Fargo Equipment Finance, Inc. |
| 2010 Ford Truck F 250 1FTSW2B59AEB18533 | Wells Fargo Equipment Finance, Inc. |
| 2011 Ford Truck F 150 1FTMF1CM7BFB82994 | Ford Motor Credit Corporation |
| 2010 Ford F 250 1FTSW2A58AEB40315 | Ford Motor Credit Corporation |
| Toyota Forklift | Wells Fargo Equipment Finance, Inc. |
| 1 TSD40035-HT Basic 40K Hydraulic Torque Wrench Calibration Unit SN: 4157 & 66318 | Timepayment Corporation |
| 1 Ingersol Rand Rebuilt 3 ½" Drive Impact Wrench Assembly Tool Model # IR-599 S/N 0711 | Timepayment Corporation |
| Bolting Gage | Wells Fargo Equipment Finance, Inc. |
| Impact Wrenches, SN ATP1578LT-TH, ATP2582LT-TH, ATP2588LT-TH | Wells Fargo Equipment Finance, Inc. |
| Pneumatic Cage Assembly | Wells Fargo Equipment Finance, Inc. |